U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 15 2016

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**          **CRIMINAL NO. 6:16-cr-0051**

**VERSUS**                             **JUDGE WALTER**

**TREMAYNE CLUSE**                     **MAG. JUDGE WHITEHURST**

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion to Suppress statements [rec. doc. 20] and the Motion to Suppress Evidence [rec. doc. 22] filed by defendant, Tremayne Cluse, are **DENIED.**

**THUS DONE AND SIGNED** this 9 day of August, 2016, in Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE